```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

SPECIALTY SURFACES           :      CIVIL ACTION
INTERNATIONAL, INC., *et al.* :
                             :
                             :
         v.                  :
                             :
CONTINENTAL CASUALTY CO.     :      NO. 08-2089

### O R D E R

AND NOW, this 21st day of May 2009, upon consideration of the cross-motions for summary judgment and the arguments of counsel,

IT IS hereby ORDERED that:

1. Plaintiffs' Motion for Partial Summary Judgment is DENIED.

2. Defendant's Motion for Summary Judgment is GRANTED.

3. Plaintiffs' Motion to Compel is DISMISSED AS MOOT.

4. JUDGMENT IS ENTERED IN FAVOR OF Defendant, CONTINENTAL CASUALTY CO., and AGAINST Plaintiffs, SPECIALTY SURFACES INTERNATIONAL, INC., doing business as SPRINTURF, INC. and EMPIRE AND ASSOCIATES, INC.

                              BY THE COURT:


                              /s/ John P. Fullam
                              Fullam,            Sr. J.